AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America<br>v.<br><br>CORTAZ ROBERTSON<br>*Defendant* | )<br>)  Case No.  2:13-cr-00141-JAD-VCF<br>)<br>)<br>) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 10/30/13 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: October 29, 2013

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

            OCT 2 9 2013

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```