**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:13-CR-141-JAD-(VCF) |
| CORTAZ ROBERTSON, | ) ) ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that defendant CORTAZ ROBERTSON pled guilty to Count One of a Four-Count Criminal Indictment charging him in Count One with Conspiracy to Interfere with Commerce by Robbery in violation of Title 18, United States Code, Section 1951(a). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 148; Plea Agreement, ECF No. 149.

This Court finds defendant CORTAZ ROBERTSON agreed to the forfeiture of the in personam criminal forfeiture money judgment of $36,320 in United States Currency set forth in the Plea Agreement and the Forfeiture Allegation in the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 148; Plea Agreement, ECF No. 149.

This Court finds that CORTAZ ROBERTSON shall pay a criminal forfeiture money judgment of $36,320 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CORTAZ ROBERTSON a criminal forfeiture money judgment in the amount of $36,320 in United States Currency.

Dated: May 27, 2015.

_____
UNITED STATES DISTRICT JUDGE

2