FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 7 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORTAZ ROBERTSON, ) <br> ) <br> Defendant. ) | 2:13-CR-141-JAD-(VCF) |

## FINAL ORDER OF FORFEITURE

This Court found that CORTAZ ROBERTSON shall pay the criminal forfeiture money judgment of $36,320 in United States Currency, to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 148; Plea Agreement, ECF No. 149; Order of Forfeiture, ECF No. 151.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CORTAZ ROBERTSON the criminal forfeiture money judgment in the amount of $36,320 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title

///

///

///

///

1 | 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and
2 | Title 21, United States Code, Section 853(p).

3 | DATED this 27th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE