NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
daniel.cowhig@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORTAZ ROBERTSON,<br><br>Defendant. | Case No.: 2:13-cr-00141-JAD-VCF<br><br>**MOTION TO WITHDRAW<br>AS ATTORNEY OF RECORD** |

COMES NOW, Daniel J. Cowhig, Assistant United States Attorney, and pursuant to LR IA 11-6 of the Rules of the United States District Court, District of Nevada, hereby moves this Honorable Court to allow Daniel J. Cowhig, Assistant United States Attorney, to withdraw as attorney of record.

**DATED** this 19th day of November 2019.

                                        Respectfully Submitted,
                                        NICHOLAS A. TRUTANICH
                                        United States Attorney

                                        */s/ Daniel J. Cowhig*
                                        DANIEL J. COWHIG
                                        Assistant United States Attorney

# CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 19th day of November 2019.

                                                 */s/ Daniel J. Cowhig*
                                                 DANIEL J. COWHIG
                                                 Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORTAZ ROBERTSON,<br><br>Defendant. | Case No.: 2:13-cr-00141-JAD-VCF<br><br>**ORDER**<br>**RE: MOTION TO WITHDRAW**<br>**AS ATTORNEY OF RECORD** |

IT IS HEREBY ORDERED that Daniel J. Cowhig, Assistant United States Attorney is withdrawn as attorney of record for the Government.

IT IS FURTHER ORDERED that Daniel J. Cowhig shall be removed from the CM/ECF service list in this case.

Dated: November 19, 2019

_____
Cam Ferenbach
United States Magistrate Judge